4 So.3d 478 (2007)
Robbie PENNINGTON
v.
STATE DEPARTMENT OF REVENUE and Kenneth Howell.
2051064.
Court of Civil Appeals of Alabama.
May 25, 2007.
Certiorari Denied September 12, 2008. Alabama Supreme Court 1061287.
Steven D. Adcock, Talladega, for appellant.
Christopher M. Hopkins of Campbell & Hopkins, Anniston, for appellee Kenneth Howell.
THOMAS, Judge.
AFFIRMED. NO OPINION.
See Rule 53(a)(1) and (a)(2)(E), Ala. R.App. P.; Ala.Code 1975, §§ 40-2A-3(23), 40-2A-8(a), 40-2A-9(g), and 40-2A-9(g)(2); Knight v. Beverly Health Care Bay Manor Health Care Center, 820 So.2d 92, 97 (Ala.2001); Ikner v. Miller, 477 So.2d 387, 389 (Ala.1985); and Charles Israel Chevrolet, Inc. v. Walter E. Heller & Co., 476 So.2d 71, 74 (Ala.1985).
*479 PITTMAN and MOORE, JJ., concur.
THOMPSON, P.J., dissents, with writing, which BRYAN, J., joins.
THOMPSON, Presiding Judge, dissenting.
I dissent on the basis that Kenneth Howell did not properly intervene in the administrative proceeding pursuant to § 40-2A-9(l), Ala.Code 1975.
BRYAN, J., concurs.